UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA           :

     -v-                            :     [~~Proposed~~] ORDER

CLINT EDWARDS                      :     18 Cr. 163 (CS)

                Defendant.      :

- - - - - - - - - - - - - - - - -X

     WHEREAS an application has been made by the Government, by and through Assistant United States Attorney Gillian Grossman, and with the consent of the defendant, by and through his counsel, for an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from April 30, 2018, until May 11, 2018; and

     WHEREAS the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because the continuance will allow the parties to negotiate a pretrial resolution of this case; it is hereby

ORDERED that the time from the date of this Order to May 11, 2018, at 4:00 p.m., the date and time of the next pretrial conference in this matter, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h).

Dated: White Plains, New York
       4/27, 2018

_____
THE HONORABLE CATHY SEIBEL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK